**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-00300-REB

UNITED STATES OF AMERICA,

       Petitioner,

v.

MARK S. MILLER,

       Respondent.

## ORDER

On defendants' Motion to Dismiss [#4] filed with this Court on March 14, 2006, IT IS ORDERED that the Motion to Dismiss is GRANTED.  This action is dismissed with prejudice, and the hearing set for March 31, 2006, at 1:30 p.m. is VACATED.  Each side shall bear its own costs and attorney's fees.

                                            **BY THE COURT:
                                            s/ Robert E. Blackburn
                                            United States District Judge**

Dated: March 14, 2006, at Denver, Colorado